MARIE C. MORIN *vs.* TRAILWAYS OF NEW ENGLAND, INC.   March 3, 1948. Exceptions overruled.   This is an action of tort for personal injuries received by the plaintiff on January 19, 1943, while she was a passenger for hire in a bus operated by the defendant on Route 2 in the town of Lunenberg.   The defendant has excepted to the denial of its motion for a directed verdict. There was evidence that the road had been plowed to a width of twenty feet and was covered with snow and ice; that the bus was travelling at a speed of from fifty to sixty miles per hour, going from one side of the road to the other and bumping up and down; and that suddenly it went off the road into a snow bank and into a tree.   The jury might disbelieve the testimony of the defendant's witnesses that the bus was forced off the road by an automobile skidding toward the bus from the opposite direction.   There was evidence for the jury of negligence on the part of the operator of the bus.   *Roach* v. *Hinchcliff*, 214 Mass. 267.   *Loftus* v. *Pelletier*, 223 Mass. 63.   *Mazmanian* v. *Kuken*, 285 Mass. 516, 518.   *Lech* v. *Escobar*, 318 Mass. 711.   See *Burke* v. *Cook*, 246 Mass. 518, 520; *Marcienowski* v. *Sanders*, 252 Mass. 65, 68; *Cook* v. *Cole*, 273 Mass. 557, 562.

*M. T. Prendergast & H. S. Avery*, for the defendant, submitted a brief.

*S. H. Green*, for the plaintiff.

ROLAND S. DRISCOLL & another *vs.* J. LEO GRADY & another.   April 28, 1948.   Appeal dismissed.   In accordance with a written agreement made by the parties judgment for possession and costs in favor of the plaintiffs was entered on October 16, 1947, and execution was stayed until January 19, 1948.   The defendants before that date filed a motion for a further stay of execution and appealed from an order denying the motion on the ground that the court had no power to allow it.   The denial of the motion was not appealable as it was not an "order decisive of the case."   G. L. (Ter. Ed.) c. 231, § 96.   *Samuel* v. *Page-Storms Drop Forge Co.* 243 Mass. 133, 134.   *Richmond Co-operative Association, Inc.* v. *Gill*, 285 Mass. 50, 53.   *Old Mill Point Club, Inc.* v. *Paine*, 308 Mass. 505, 506.

*M. R. Flynn, Jr.*, for the tenants.

*R. W. Bishop*, for the demandants.